# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROXANNE JOY ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL NO. 2:16-cv-262-NT |
| ) | |
| RUSHMORE LOAN MANAGEMENT ) | |
| SERVICES ) | |
| ) | |
| DEFENDANT ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff, Roxanne Joy, and Defendant, Rushmore Loan Management Services stipulate and agree to dismiss the above-captioned action with prejudice. This dismissal shall be without award of costs to any party, and each party shall bear its own attorneys' fees and other expenses related to this action.

Date:   December 7, 2017

/s/ Andrea Bopp Stark
Andrea Bopp Stark, Esq.
Christopher J. Keach, Esq.
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747

Gary Goldberg, Esq.
TERRY GARMEY & ASSOCIATES
482 Congress Street, Suite 402
Portland, ME  04101-3424

Attorneys for Plaintiff Roxanne Joy

/s/ Adam J. Shub
Adam J. Shub, Esq.
Preti, Flaherty, Beliveau & Pachios, LLP

One City Center, 6th Floor
Portland, ME  04101
Attorney for Defendant Rushmore Loan
Management Services

## CERTIFICATE OF SERVICE

I, Susan Black, hereby certify that I am over eighteen years old and caused a true and correct copy of the Stipulation Of Dismissal to be served on the parties per the Court's ECF electronic filing system, on December 7, 2017.

Dated:  December 7, 2017

By: */s/ Susan Black*
Susan Black, Paralegal
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777
susan@molleurlaw.com